IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RINGCENTRAL, INC., | No. C-09-3415 MMC |
| Plaintiff, | **ORDER SCHEDULING HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| ONE NUMBER CORPORATION, et al., | |
| Defendants. / | |

On September 9, 2009, defendants filed a motion to dismiss for lack of personal jurisdiction, improper venue, and failure to state a claim, or, in the alternative, to transfer the above-titled action to the Southern District of Indiana. Defendants, however, have not noticed the motion for hearing. See Civ. L.R. 7-2(a) (providing "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion").

Accordingly, a hearing on the motion is hereby SCHEDULED for October 23, 2009.[1]

**IT IS SO ORDERED.**

Dated: September 11, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] To the extent defendants "are not requesting a hearing" on the motion (see Mot. at 1:27-28), the Court advises defendants that if, after briefing on the matter is complete, the Court determines no hearing is necessary, the Court will vacate the hearing.