1  KRIEG DeVAULT LLP
   C. DANIEL MOTSINGER (133700)
2  One Indiana Square, Suite 2800
   Indianapolis, IN 46204-2079
3  Telephone: (317) 636-4341
4  Facsimile:  (317) 636-1507
   E-Mail: cmotsinger@kdlegal.com
5
   Attorneys for Defendants
6  ONE NUMBER CORPORATION and
   BRANDON D. McLARTY
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RINGCENTRAL, INC., | Case No. 3:09-cv-3415-MMC |
| Plaintiff, | **ORDER VACATING HEARING** AND DENYING DEFENDANTS' MOTION AS MOOT |
| vs. | |
| ONE NUMBER CORPORATION, BRANDON D. MCLARTY, and DOES 1-50, | Date: October 23, 2009<br>Time: 9:00 a.m.<br>Place: Courtroom 7, 19th Floor, United States Court House, 450 Golden Gate Ave., San Francisco, CA 94102<br>Judge: Honorable Maxine M. Chesney |
| Defendants. | |

The Court, being duly advised, hereby VACATES the hearing scheduled for October 23, 2009, on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and For Failure to State a Claim Upon Which Relief Can be Granted, or, in the Alternative to Transfer Venue to the Southern District of Indiana,, and DENIES such motion as moot.

Dated: October 14, 2009

_____
MAXINE M. CHESNEY
United States District Judge