KRIEG DeVAULT LLP
C. DANIEL MOTSINGER (133700)
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
Telephone:  (317) 636-4341
Facsimile:     (317) 636-1507
E-Mail: cmotsinger@kdlegal.com

Attorneys for Defendants
ONE NUMBER CORPORATION and
BRANDON D. McLARTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RINGCENTRAL, INC., | Case No. 3:09-cv-3415-MMC |
| Plaintiff, | **ORDER VACATING HEARING**  AND DENYING DEFENDANTS' MOTION AS MOOT |
| vs. | Date: October 23, 2009<br>Time: 9:00 a.m.<br>Place: Courtroom 7, 19th Floor, United States Court House, 450 Golden Gate Ave., San Francisco, CA 94102<br>Judge: Honorable Maxine M. Chesney |
| ONE NUMBER CORPORATION, BRANDON D. MCLARTY, and DOES 1-50, | |
| Defendants. | |

The Court, being duly advised, hereby VACATES the hearing scheduled for October 23, 2009, on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and For Failure to State a Claim Upon Which Relief Can be Granted, or, in the Alternative to Transfer Venue to the Southern District of Indiana,, and DENIES such motion as moot.

Dated: October 14, 2009

_____
MAXINE M. CHESNEY
United States District Judge