IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RINGCENTRAL, INC., | No. C-09-3415 MMC |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME AND MOTION TO TEMPORARILY STAY PROCEEDINGS** |
| v. | |
| ONE NUMBER CORPORATION, et al., | |
| Defendants. / | |

Before the Court are two motions: (1) One Number Corporation and Brandon D. McLarty's (collectively, "defendants") Motion to Temporarily Stay Proceedings, filed October 9, 2009, and (2) defendants' Motion for Extension of Time, filed October 16, 2009. Pursuant to the Civil Local Rules of this District, opposition was due no later than October 30, 2009. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). To date, no opposition has been filed.

Accordingly, the Court hereby deems the matter submitted on the moving papers, VACATES the hearing scheduled for November 20, 2009, and rules as follows.

By each motion, defendants seek leave to answer or otherwise respond to Plaintiff's Amended Complaint within ten (10) days following a ruling on RingCentral's Motion to Dismiss for Lack of Jurisdiction and Improper Venue, or, in the Alternative, to Transfer Venue to the Northern District of California, filed in the United States District Court for the

Southern District of Indiana.

Good cause appearing therefor, the motions are hereby GRANTED. Accordingly, the action is temporarily stayed until such time as the United States District Court for the Southern District of Indiana issues a ruling on the above-referenced motion, and defendants shall answer or otherwise respond to Plaintiff's Amended Complaint within ten (10) days following such ruling.

Further, the Case Management Conference previously scheduled for November 13, 2009 is hereby CONTINUED to January 22, 2010. A Joint Case Management Statement shall be filed no later than January 15, 2010.

**IT IS SO ORDERED.**

Dated: November 4, 2009

MAXINE M. CHESNEY
United States District Judge