IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RING CENTRAL, INC., | No. C-09-3415 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ONE NUMBER CORPORATION, BRANDON D. MCLARTY, and DOES 1-50 | |
| Defendants. | |

The Court is in receipt of the parties' Notice of Pending Settlement, filed January 15, 2010. In light of the representations made therein, the Case Management Conference currently scheduled for January 22, 2010 is hereby continued to February 26, 2010. A Joint Case Management Statement shall be filed no later than February 19, 2010.

**IT IS SO ORDERED.**

Dated: January 19, 2010

MAXINE M. CHESNEY
United States District Judge