Timothy J. Halloran – 104498
(thalloran@mpbf.com)
Peter L. Weber – 218473
(pweber@mpbf.com)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for Plaintiff
RINGCENTRAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| RINGCENTRAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ONE NUMBER CORPORATION, BRANDON D. MCLARTY, and DOES 1-50, <br><br> Defendants. | Case No.: C 09-03415 MMC <br> Hon. Maxine M. Chesney <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER APPROVING** |

It is hereby stipulated by and between the parties below, through their respective attorneys of record, that the Case Management Conference in this matter, currently set for February 26, 2010 at 10:30 a.m., be continued to March 19, 2010 at 10:30 a.m.

There is <u>good cause</u> for the requested continuance. This case has settled in its entirety, and the parties are working on completing the final terms of their settlement agreement. The parties expect this matter to be dismissed with prejudice before the new CMC date.

///

///

///

| | |
|---|---|
| Dated: FEB 23, 2010 | MURPHY, PEARSON, BRADLEY & FEENEY<br><br>By _____<br>Peter L. Weber<br>Attorneys for Plaintiff<br>RINGCENTRAL, INC. |
| Dated: 2-24-2010 | KRIEG DEVAULT<br><br>By _____<br>C. Daniel Motsinger, SBN 133700<br>Attorneys for Defendants<br>ONE NUMBER CORPORATION, BRANDON D. MCLARTY |

PLW.20092069.doc

Dated: February 24, 2010

**IT IS SO ORDERED**
*[signature]*
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C 09-03415 MMC