1  Timothy J. Halloran – 104498
   (thalloran@mpbf.com)
2  Peter L. Weber – 218473
   (pweber@mpbf.com)
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
5  Fax:    (415) 393-8087

6  Attorneys for Plaintiff
   RINGCENTRAL, INC.

7

8

9                         UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

11

12  RINGCENTRAL, INC.,                    Case No.: C 09-03415 MMC
                                          Hon. Maxine M. Chesney
        Plaintiff,
13
                                          **STIPULATION TO PERMIT FILING OF**
14  v.                                    **SECOND AMENDED COMPLAINT**

15  ONE NUMBER CORPORATION, BRANDON D.     AND ORDER THEREON
    MCLARTY, and DOES 1-50,
16
        Defendants.
17

18

19        Plaintiff RingCentral, Inc. and Defendants One Number Corporation and Brandon D. McLarty

20  stipulate, through their respective attorneys of record, to allow Plaintiff RingCentral, Inc. to file and

21  serve a Second Amended Complaint.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
                                           - 1 -

1  IT IS SO STIPULATED.

2

3

4  Dated: _FEB. 23 /2010_

5                                    MURPHY, PEARSON, BRADLEY & FEENEY

6

7                                    By _____
                                     Peter L. Weber
8                                    Attorneys for Plaintiff
                                     RINGCENTRAL, INC.
9

10 Dated: _2-24-2010_

11                                   KRIEG DEVAULT

12

13                                   By _____
                                     C. Daniel Motsinger, SBN 133700
14                                   Attorneys for Defendants
                                     ONE NUMBER CORPORATION, BRANDON D.
15                                   MCLARTY

16

17

18 IT IS SO ORDERED PURSUANT TO STIPULATION.

19  Any Second Amended Complaint shall be filed no later than March 12, 2010.

20

21 Dated: _February 25, 2010_        By _____
                                     Hon. Maxine M. Chesney
22

23

24

25 PLW.20092157.doc

26

27

28
                                    - 2 -

STIPULATION TO PERMIT FILING OF SECOND AMENDED COMPLAINT
Case No.: C 09-03415 MMC