Timothy J. Halloran – 104498
(thalloran@mpbf.com)
Peter L. Weber – 218473
(pweber@mpbf.com)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:     (415) 788-1900
Fax:    (415) 393-8087

Attorneys for Plaintiff
RINGCENTRAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| RINGCENTRAL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ONE NUMBER CORPORATION, BRANDON D. MCLARTY, and DOES 1-50,<br><br>    Defendants. | Case No.: C 09-03415 MMC<br>Hon. Maxine M. Chesney<br><br>**STIPULATION TO PERMIT FILING OF SECOND AMENDED COMPLAINT**<br><br>AND ORDER THEREON |

Plaintiff RingCentral, Inc. and Defendants One Number Corporation and Brandon D. McLarty stipulate, through their respective attorneys of record, to allow Plaintiff RingCentral, Inc. to file and serve a Second Amended Complaint.

///
///
///
///
///
///
///

- 1 -

STIPULATION TO PERMIT FILING OF SECOND AMENDED COMPLAINT
Case No.: C 09-03415 MMC

1  IT IS SO STIPULATED.

4  Dated: Feb. 23/2010

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Peter L. Weber
Attorneys for Plaintiff
RINGCENTRAL, INC.

Dated: 2-24-2010

KRIEG DEVAULT

By _____
C. Daniel Motsinger, SBN 133700
Attorneys for Defendants
ONE NUMBER CORPORATION, BRANDON D. MCLARTY

IT IS SO ORDERED PURSUANT TO STIPULATION.

Any Second Amended Complaint shall be filed no later than March 12, 2010.

Dated: February 25, 2010           By _____
Hon. Maxine M. Chesney

PLW.20092157.doc

- 2 -

STIPULATION TO PERMIT FILING OF SECOND AMENDED COMPLAINT
Case No.: C 09-03415 MMC